UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JULIE SINCLAIR, et al.,

      Plaintiffs,

v.                                        Case No. 20-1116-JWB

YUNIESKI RODRIGUEZ, et al.,

      Defendants.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 25) to amend the scheduling order filed on July 21, 2020 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **July 8, 2021.**

b. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **February 8, 2021**, and from defendant by **May 10, 2021.** Disclosures and reports by any rebuttal experts are due by **June 9, 2021**.

c. The parties shall complete all Fed. R. Civ. P. 35 physical or mental examinations by **April 26, 2021.**

d. The final pretrial conference is rescheduled from June 29, 2021, to **July 29, 2021**, at **11:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City,

Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **July 15, 2021**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

e. The deadline for filing all other potentially dispositive motions and motions challenging the admissibility of expert testimony is **August 19, 2021.**

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated December 23, 2020, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge